CITY OF ATLANTA *et al. v.* GINN.

ATKINSON, Justice. E. W. Ginn, a police captain of the City of Atlanta, was tried and convicted by the police committee of the general council of the city of conduct unbecoming an officer, and was reduced to the rank of patrolman. This case is similar in all respects to and is controlled by the ruling in *City of Atlanta* v. *Stallings,* ante.

*Judgment reversed. All the Justices concur.*

No. 14993. NOVEMBER 21, 1944.